IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEE COLLINS**                                                                                             **PLAINTIFF**

v.                                            Case No. 5:11-cv-077 KGB

**ROBERT PARKER and THE
ARKANSAS DEPARTMENT OF
CORRECTION**                                                                                             **DEFENDANTS**

## JUDGMENT

This matter came for trial by jury on the 7th day of January, 2013. Plaintiff Lee Collins appeared through his attorneys Luther Sutter and James Scurlock. Defendants Robert Parker, in his official capacity,[1] and the Arkansas Department of Corrections appeared through its attorneys Gary Sullivan and James O. Howe. All parties announced ready for trial. A jury of twelve was selected and sworn.

On January 9, 2013, the jury returned a verdict as follows:

---

[1] Mr. Collins originally brought this action against Mr. Parker in both his individual and official capacity (Dkt. No. 14). At trial, counsel for Mr. Collins made an oral motion to dismiss the claims against Mr. Parker in his individual capacity. Counsel for Mr. Parker had no objection to the motion. The Court granted Mr. Collins's oral motion to dismiss the claims against Mr. Parker in his individual capacity.

**VERDICT FORM**

**NOTE:** Complete this form by writing in the names required by your verdict.

**Question 1:** On plaintiff Mr. Lee Collins's race discrimination claim against defendants Robert Parker and the Arkansas Department of Corrections, as submitted in Instruction 7, we find in favor of

|  | *Mr. Robert Parker and the Arkansas Department of Corrections* |
|---|---|
| Plaintiff Mr. Lee Collins    or | Defendants Mr. Robert Parker and the Arkansas Department of Corrections |

*/s/ Donna S. Hamilton*
Foreperson

Dated: January 9, 2013

**NOTE:** Complete Question 2 only if you found in favor of Mr. Lee Collins on Question 1. If the above finding is in favor of Mr. Robert Parker and the Arkansas Department of Corrections, you have completed your deliberations on this claim.

**Question 2:** Have Mr. Robert Parker and the Arkansas Department of Corrections proven that they would have discharged Mr. Lee Collins regardless of his race or for reasons entirely justified apart from the supervisor's recommendation as set forth in Instruction No. 10?

_____ Yes          _____ No
(Mark "X" in the appropriate space)

_____
Foreperson

Dated: _____

Page 1 of 2

**NOTE**: Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, you have completed your deliberations on this claim.

We find Mr. Lee Collins's lost wages and benefits to be:

$_____  (state the amount or, if you find that Mr. Lee Collins's damages have no monetary value, write the word "none".)

_____
Foreperson

Dated: _____

We find Mr. Lee Collins's other damages, excluding lost wages and benefits, to be:

$_____  (state the amount or, if you find that Mr. Lee Collins's damages have no monetary value, write the nominal amount of One Dollar ($1.00)).

_____
Foreperson

Dated: _____

Judgment is therefore entered in favor of defendants Robert Parker, in his official capacity, and the Arkansas Department of Corrections.

SO ORDERED this 16th day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE